# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFF BAOLIANG ZHANG, Ph.D, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 24-440 |
| ) | Judge Nora Barry Fischer |
| DORRANCE PUBLISHING CO., et al., ) | Magistrate Judge Maureen P. Kelly |
| ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

AND NOW, this 7th day of March, 2025, upon consideration of

(1) the Report and Recommendation filed by United States Magistrate Judge Maureen P. Kelly on February 12, 2025, (Docket No. 24) (a) recommending that the Motion to Dismiss filed by Defendants (Docket No. 13) be granted given that the *pro se* Plaintiff's claims are barred by both the doctrine of *res judicata* and the applicable statutes of limitations, and amendment would be futile and (b) ordering that any objections be filed within 14 days (*i.e.*, by non-ECF users like Plaintiff by March 3, 2025); and

(2) the Objections filed by Plaintiff on March 3, 2025; and

(3) upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of February 12, 2025, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (Docket No. 13) is GRANTED; and

1

An appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Maureen P. Kelly

cc:   JEFF BAOLIANG ZHANG
      PO Box 41272
      Los Angeles, CA 90041
      (via first class mail)